**No. 09-11103. Carl Dadaille, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3533, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5305.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 380.

**No. 09-11106. Michael A. Horne, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3533, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5310.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11109. Luis Enrique Cruz-Valles, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3533, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5300.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 160.

**No. 09-11110. William Ralph Dodd, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3533, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5267.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 598 F.3d 449.

**No. 09-11115. Rico McLaughlin, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3533, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5314.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 09-11116. Jefrrey Roy Crosby, Petitioner v. Warden, Federal Correctional Institution at Ray Brook.**

561 U.S. 1037, 130 S. Ct. 3533, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5284.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 353 Fed. Appx. 591.

**No. 09-11117. Tommie Thompson, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3534, 177 L. Ed. 2d 1112, 2010 U.S. LEXIS 5309.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.